**Order entered February 18, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00037-CV

## IN THE INTEREST OF J.D.B., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-771-W**

## ORDER

Before the Court is court reporter Kelly Simmons's February 13, 2014 motion for extension of time to file the record of the seven-day trial. She seeks a sixty-day extension, asserting in the motion that she began working on the record on January 18, 2014, has "taken no other bookings in any courts for the past two weeks," has "been working 12 to 16 hour days trying to finish[,]" and still has "approximately 600 pages left to complete."

Because this is an accelerated appeal from a judgment terminating appellants' parental rights, any extension of time to file the record must not exceed thirty days cumulatively, absent extraordinary circumstances. *See* TEX. R. APP. P. 28.3(b)(2). The original deadline for filing the record was January 19, 2014. We subsequently extended that deadline by twenty-four days, making the record due February 12, 2014. Given the length of trial, however, we **GRANT** Ms.

Simmons an additional sixteen days and **ORDER** the record be filed no later than February 28, 2014.  No further extensions will be granted.

/s/     ELIZABETH LANG-MIERS
           JUSTICE